John T. WEPPLER et al.,
Plaintiffs-Appellants,

v.

The SCHOOL BOARD OF DADE COUN-
TY, FLORIDA, Defendant-Appellee.

No. 75–2652.

United States Court of Appeals,
Fifth Circuit.

May 9, 1977.

Herbert Weinsoff, Miami, Fla., for plain-
tiffs-appellants.

Morton Hollander, Chief, Appellate Sec-
tion, Civ. Div., U. S. Dept. of Justice, Carin
Ann Clauss, Assoc. Sol., William J. Kilberg,
Sol. of Labor, Darryl J. Anderson, Peter B.
Dolan, Attys., U. S. Dept. of Labor, Wash-
ington, D. C., as amicus curiae.

Frank A. Howard, Jr., Phyllis O. Douglas,
Miami, Fla., for defendant-appellee.

Before GEWIN, RONEY and HILL, Cir-
cuit Judges.

PER CURIAM:

The issues in this case having become
moot pending appeal because of the Su-
preme Court's decision in *National League
of Cities v. Usery*, 426 U.S. 833, 96 S.Ct.
2465, 49 L.Ed.2d 245 (1976), we vacate the
judgment of the district court, 393 F.Supp.
150, and remand for that court to dismiss in
accordance with *National League of Cities,
supra*.

* Senior District Judge of the Eastern District of
Virginia, sitting by designation.